NOT FOR PUBLICATION

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| BIANFI HERRERA, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> CENTRAL LOAN ADMINISTRATION & REPORTING, <br><br> Defendant. | Civil Action No.: 17-4774 (JLL) <br><br> **ORDER** |

This matter comes before the Court by way of United States Magistrate Judge Joseph A. Dickson's *sua sponte* February 28, 2019 Report and Recommendation, recommending that the Court DISMISS WITHOUT PREJUDICE Plaintiffs' Complaint for failure to prosecute, pursuant to Federal Rule of Civil Procedure 41(b). (ECF No. 35). Specifically, Judge Dickson found that this case should be dismissed because all of Plaintiffs: (1) have consecutively ignored several directives and orders of the Court; and (2) have apparently taken no substantive action in this case since they attended a settlement conference in August 2018. (*Id.* at 2–3). The Court notes that to date Plaintiffs have not opposed or responded to Judge Dickson's February 28, 2019 Report and Recommendation, and that the time to respond to same under the Federal Rules of Civil Procedure and Local Civil Rules has passed. *See, e.g.,* L. Civ. R. 72.1 (c)(2). For good cause shown,

IT IS THEREFORE on this 20th day of March, 2019,

ORDERED that the findings of fact and conclusions of law in Judge Dickson's February 28, 2019 Report and Recommendation, (ECF No. 35), are hereby ADOPTED by this Court; and it is further,

ORDERED that Plaintiffs' Complaint, (ECF No. 1), is hereby DISMISSED WITHOUT PREJUDICE for failure to prosecute; and it is further

ORDERED that this case is now CLOSED.

JOSE L. LINARES
Chief Judge, United States District Court